## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RON LOMBARD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-1700 |
| | § | |
| LARRY ALLEN WYCOFF AND | § | |
| DANNY HERMAN TRUCKING, INC. | § | JURY REQUESTED |

### DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, LARRY ALLEN WYCOFF AND DANNY HERMAN TRUCKING, INC., and hereby give notice of their removal of Cause No. 2017-32881 filed in the 334TH Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

### Factual Background

1.      On or about October 24, 2015, Plaintiff claims he was injured when his vehicle was struck by a Danny Herman Trucking, Inc.'s tractor and trailer in Harris County, Texas.  Plaintiff filed suit in state court.

2.      Plaintiff filed suit in state court on May 16, 2017.  Service of Citation and Petition on Danny Herman Trucking, Inc. by service on its registered agent via certified mail on June 2, 2017. Defendant Wycoff was served with process on May 30, 2017. In Plaintiff's Petition there is a monetary claim for damages in an amount an excess of $1,000,000.00, which exceeds the jurisdictional minimum.  The case has been on file for less than one year.  Removal is both timely and appropriate.

## Basis for Removal and Jurisdiction

3.    This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

## Full Diversity Between the Parties

### Complete Diversity of Citizenship

4.    To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiff is a Texas citizen and none of the Defendants are Texas citizens or corporations

5.    Plaintiff, Ron Lombard, is a citizen of the State of Texas.

6.    Defendant, Larry Allen Wycoff, is a resident and citizen of the State of Missouri.

7.    Defendant, Danny Herman Trucking, Inc. is a Tennessee corporation with its principal place of business in Tennessee.

### Amount in Controversy

8.    In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9.    In papers filed in State court, Plaintiff alleges damages being sought in excess of $1,000,000.00.

**Removal is Timely and Appropriate**

10.     If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove.  28 U.S.C. § 1446(b).  A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds.  28 U.S.C. § 1446(b).  When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity.  *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).     "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). Here, Plaintiff's Pleading voluntarily asserts an amount in controversy over to $1,000,000.00.  This removal is filed within the thirty (30) days of the service of Plaintiff's Petition.  The removal is both timely and appropriate.

**Jury Demanded**

11.     Defendants request that the case be tried before a jury.

**Consent of Served Defendants**

12.     Defendants, Danny Herman Trucking, Inc. and Larry Allen Wycoff consent to this removal.

**Compliance with Local Rule and Notice Requirements**

14.     Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

> Exhibit A ........... Plaintiff's Original Petition with Civil Case Information Sheet
>
> Exhibit B ........... Citation for Larry Allen Wycoff
>
> Exhibit C ........... Citation for Danny Herman Trucking, Inc.

Defendants know of no orders signed by the state judge.

15.     Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiff.  A true and correct copy of this Notice of Removal will also be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
LARRY ALLEN WYCOFF AND
DANNY HERMAN TRUCKING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2017, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. Ben Rose
Rose Bell
10000 Memorial Drive, Ste. 750
Houston, TX 77024
ben@bellroselaw.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RON LOMBARD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-1700 |
| | § | |
| LARRY ALLEN WYCOFF AND | § | |
| DANNY HERMAN TRUCKING, INC. | § | JURY REQUESTED |

<u>INDEX OF MATTERS BEING FILED</u>

Defendants, LARRY ALLEN WYCOFF AND DANNY HERMAN TRUCKING, INCL, in connection with the removal of this case to the United States District Court for the Southern District of Texas, Houston Division, file their index of matters, as follows:

Exhibit A ........... Plaintiff's Original Petition with Civil Case Information Sheet

Exhibit B ........... Citation for Larry Allen Wycoff

Exhibit C ........... Citation for Danny Herman Trucking, Inc.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____
Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
LARRY ALLEN WYCOFF AND
DANNY HERMAN TRUCKING, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of June, 2017, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. Ben Rose
Rose Bell
10000 Memorial Drive, Ste. 750
Houston, TX 77024
ben@bellroselaw.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

5/16/2017 2:48:28 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17061943
By: Nelson Cuero
Filed: 5/16/2017 12:23:00 PM

# 2017-32881 / Court: 334

NO. _____

| | | |
|---|---|---|
| **RON LOMBARD** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **LARRY ALLEN WYCOFF AND** | § | |
| **DANNY HERMAN TRUCKING, INC.** | § | |
| **Defendants.** | § | **OF HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **NOW COMES** Ron Lombard, hereinafter called Plaintiff, complaining of and about

Larry Allen Wycoff and DANNY HERMAN TRUCKING, INC., hereinafter called Defendants,

and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.     Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.     Plaintiff, Ron Lombard, is an Individual whose address is 15050 Copper Road

Blvd, #811, Houston, Texas 77095.

3.     The last three numbers of Ron Lombard's driver's license number are 437. The

last three numbers of Ron Lombard's Social Security Number are 676.

4.     Defendant Larry Allen Wycoff, an Individual who is a nonresident of Texas, may

be served with process at his place of employment at the following address:  Danny Herman

Trucking Inc., P.O. Box 55, Mountain City, TN 37683.  Service of said Defendant as described

above can be effected by certified mail, return receipt requested.



5.      Defendant DANNY HERMAN TRUCKING, INC., a Nonresident Corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING , at 211 E. 7TH STREET, SUITE 620 Austin, TX 78701-3218 USA , its registered office.  Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

6.      The subject matter in controversy is within the jurisdictional limits of this court.

7.      Plaintiff seeks:

a.      monetary over $1,000,000.

8.      This court has jurisdiction over Defendant Larry Allen Wycoff, because said Defendant purposefully availed himself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Larry Allen Wycoff will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

9.      Furthermore, Plaintiff would show that Defendant Larry Allen Wycoff engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

10.      Defendant drove a motor vehicle in the State of Texas, was involved in a motor vehicle accident on October 24, 2015, and committed the torts complained of herein.

11.    This court has jurisdiction over Defendant DANNY HERMAN TRUCKING, INC., because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over DANNY HERMAN TRUCKING, INC. will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

12.    Furthermore, Plaintiff would show that Defendant DANNY HERMAN TRUCKING, INC. engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

13.    Defendant drove a motor vehicle in the State of Texas, was involved in a motor vehicle accident on October 24, 2015, and committed the torts complained of herein.

14.    Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

15.    On October 24, 2015, while in the course of his employment with Defendant Danny Herman Trucking, Inc., Defendant Larry Allen Wycoff negligently operated a commercial vehicle that struck Plaintiff Ron Lombard's vehicle. Defendant Larry Allen Wycoff appeared to Plaintiff to be heavily under the influence of a substance which would affect Defendant Larry Allen Wycoff's ability to operate a motor vehicle.

16.    Plaintiff suffered considerable injuries as a result of the accident.

## PLAINTIFF'S CLAIM OF

## NEGLIGENCE AGAINST LARRY ALLEN WYCOFF

17.     Defendant Larry Allen Wycoff had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

18.     Plaintiff's injuries were proximately caused by Defendant Larry Allen Wycoff's negligent, careless and reckless disregard of said duty.

19.     The negligent, careless and reckless disregard of duty of Defendant Larry Allen Wycoff consisted of, but is not limited to, the following acts and omissions:

        A.     In that Defendant Larry Allen Wycoff failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

        B.     In that Defendant Larry Allen Wycoff failed to turn his motor vehicle to the left lane in an effort to avoid the collision complained of;

        C.     In that Defendant Larry Allen Wycoff operated his vehicle in Plaintiff's lane of traffic and failed to give Plaintiff at least one-half of the roadway;

        D.     In that Defendant Larry Allen Wycoff failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;

        E.     In that Defendant Larry Allen Wycoff failed to apply his brakes to his motor vehicle in a timely and prudent manner; and

        F.     In that Defendant Larry Allen Wycoff was intoxicated while operating his motor vehicle.

**PLAINTIFF'S CLAIM OF**

**NEGLIGENCE PER SE AGAINST LARRY ALLEN WYCOFF**

20.     Defendant Larry Allen Wycoff's conduct described herein constitutes an unexcused breach of duty imposed by Texas Penal Code 49.01, which prohibits operating a vehicle while intoxicated.

21.     The statute is designed to protect persons using the roadways and highways in the State of Texas.

22.     Plaintiff is member of the class that Texas Penal Code 49.01 was designed to protect.

23.     Defendant Larry Allen Wycoff's unexcused breach of the duty imposed by Texas Penal Code 49.01 proximately caused the Plaintiff's injuries described herein.

**PLAINTIFF'S CLAIM OF**

**RESPONDEAT SUPERIOR AGAINST DANNY HERMAN TRUCKING, INC.**

24.     At the time of the occurrence of the act in question and immediately prior thereto, Larry Allen Wycoff was within the course and scope of employment for Defendant DANNY HERMAN TRUCKING, INC.

25.     At the time of the occurrence of the act in question and immediately prior thereto, Larry Allen Wycoff was engaged in the furtherance of Defendant DANNY HERMAN TRUCKING, INC.'s business.

26.     At the time of the occurrence of the act in question and immediately prior thereto, Larry Allen Wycoff was engaged in accomplishing a task for which Larry Allen Wycoff was employed.

27.     Plaintiff invokes the doctrine of Respondeat Superior as against Defendant DANNY HERMAN TRUCKING, INC.

## PLAINTIFF'S CLAIM OF

## NEGLIGENT ENTRUSTMENT AGAINST DANNY HERMAN TRUCKING, INC.

28.     On October 24, 2015, Defendant DANNY HERMAN TRUCKING, INC. was the owner of the vehicle operated by Larry Allen Wycoff.

29.     Defendant DANNY HERMAN TRUCKING, INC. entrusted the vehicle to Larry Allen Wycoff, a reckless and incompetent driver.

30.     Defendant DANNY HERMAN TRUCKING, INC. knew, or through the exercise of reasonable care should have known, that Larry Allen Wycoff was a reckless and incompetent driver.

31.     As described herein, Larry Allen Wycoff was negligent on the occasion in question.

32.     Larry Allen Wycoff's negligence was the proximate cause of Plaintiff's damages.

## EXEMPLARY DAMAGES

33.     Defendant Larry Allen Wycoff's acts or omissions described above, when viewed from the standpoint of Defendant Larry Allen Wycoff at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others.  Defendant Larry Allen Wycoff had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

34.     Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant Larry Allen Wycoff.

35.     Defendant DANNY HERMAN TRUCKING, INC.'s acts or omissions described above, when viewed from the standpoint of Defendant DANNY HERMAN TRUCKING, INC. at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others.  Defendant DANNY HERMAN TRUCKING, INC. had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

36.     Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant DANNY HERMAN TRUCKING, INC.

## DAMAGES FOR PLAINTIFF, RON LOMBARD

37.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Ron Lombard was caused to suffer severe injuries to plaintiff's body, including but not limited to, severe injuries to plaintiff's spine and to incur the following damages:

A.     Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff, Ron Lombard for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

B.     Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.     Physical pain and suffering in the past;

D.     Physical pain and suffering in the future;

E.     Physical impairment in the past;

F.      Physical impairment which, in all reasonable probability, will be suffered in the future;

G.      Loss of earnings in the past;

H.      Loss of earning capacity which will, in all probability, be incurred in the future;

I.      Mental anguish in the past;

J.      Mental anguish in the future; and

K.      Cost of medical monitoring and prevention in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Ron Lombard, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; exemplary damages, as addressed to each Defendant per Section 41.006, Chapter 41, Texas Civil Practice and Remedies Code, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of

court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Bell Rose

By:  /s/ Ben Rose

        Ben Rose
        Texas Bar No. 24079243
        Email: Ben@BellRoseLaw.com
        Chris Bell
        Texas Bar No. 00783631
        Email: Chris@BellRoseLaw.com
        10000 Memorial Drive, Suite 750
        Houston, Texas 77024
        Phone: 713-300-5158
        Fax: 713-583-5524

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

5/16/2017 2:48:28 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17061943
By: CUERO, NELSON
Filed: 5/16/2017 12:23:00 PM

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* 2017-32881 / Court: 334      **COURT** *(FOR CLERK USE ONLY):*

**STYLED** Ron Lombard v. Larry Allen Wycoff & Danny Herman Trucking, Inc.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|
| **Name:** Ben Rose | **Plaintiff(s)/Petitioner(s):** Ron Lombard | ☒Attorney for Plaintiff/Petitioner ☐*Pro Se* Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |
| **Email:** Ben@bellroselaw.com | | |
| **Address:** 10000 Memorial Drive St 750 | | **Additional Parties in Child Support Case:** |
| **Telephone:** (713) 300-5158 | **Defendant(s)/Respondent(s):** Larry Allen Wycoff | **Custodial Parent:** |
| **City/State/Zip:** Houston/TX/77024 | Danny Herman Trucking, Inc. | **Non-Custodial Parent:** |
| **Fax:** (713) 583-5524 | | |
| **Signature:** | | **Presumed Father:** |
| **State Bar No:** 24079243 | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law |  |
|---|---|---|---|---|

| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
|---|---|---|---|---|
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☒Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: ____ ☐Other Injury or Damage: | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Rev 2/13

7614 0200 000 0815 5316

p.2

CAUSE NO. 201732881

RECEIPT NO.                          75.00    CTM
*********                        TR # 73377189

PLAINTIFF: LOMBARD, RON
        vs.                          In The   334th
DEFENDANT: WYCOFF, LARRY ALLEN       Judicial District Court
                                     of Harris County, Texas
                                     334TH DISTRICT COURT
                                     Houston, TX

                    CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

                                     **FILED**
                                     Chris Daniel
TO: WYCOFF, LARRY ALLEN              District Clerk

    P O BOX 55   MOUNTAIN CITY TN 37683    **MAY 2 5 2017**
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION    Time:
                                     Harris County, Texas
                                     By_____
                                           Deputy

This instrument was filed on the 16th day of May, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 25th day of May, 2017, under my hand and
seal of said Court.

Issued at request of:                Chris Daniel
ROSE, BEN HARWOOD                    CHRIS DANIEL, District Clerk
10000 MEMORIAL DRIVE SUITE 750       Harris County, Texas
HOUSTON, TX 77024                    201 Caroline, Houston, Texas 77002
Tel: (713) 583-5524                  (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 24079243
                                     Generated By: ANDERSON, SARAH A Q36//10684763

                    CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:


_____     ADDRESS


_____     Service was executed in accordance with Rule 106
                                     (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                             return receipt incorporated herein and attached
                                         hereto at

_____
                                     on _____ day of _____, _____
                                     by U.S. Postal delivery to _____

                                     This citation was not executed for the following
                                     reason: _____

                                     CHRIS DANIEL, District Clerk
                                     Harris County, TEXAS

                                     By _____, Deputy

RECORDER'S MEMORANDUM      **DEFENDANT'S**
This instrument is of poor quality    **EXHIBIT**
    at the time of imaging
                                     

N.INT.CITM.P                *73377189*

CAUSE NO. 201732881

RECEIPT NO.                              75.00      CTM
         **********                      TR # 73377189

PLAINTIFF: LOMBARD, RON                  In The   334th
         vs.                             Judicial District Court
DEFENDANT: WYCOFF, LARRY ALLEN           of Harris County, Texas
                                         334TH DISTRICT COURT
                                         Houston, TX

                    CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: WYCOFF, LARRY ALLEN

    P O BOX 55   MOUNTAIN CITY  TN  37683

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>16th day of May, 2017</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 25th day of May, 2017, under my hand and
seal of said Court.



                                         *Chris Daniel*

Issued at request of:                    CHRIS DANIEL, District Clerk
ROSE, BEN HARWOOD                        Harris County, Texas
10000  MEMORIAL DRIVE SUITE 750          201 Caroline, Houston, Texas 77002
HOUSTON, TX  77024                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 583-5524
<u>Bar No.</u>: 24079243                 Generated By: ANDERSON, SARAH A  Q36//10684763

_____
                    CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          _____
                                          ADDRESS

_____          Service was executed in accordance with Rule 106
                                              (2) TRCP, upon the Defendant as evidenced by the
(a) ADDRESSEE                                 return receipt incorporated herein and attached
                                              hereto at
                                          _____
                                          on _____ day of _____, _____
                                          by U.S. Postal delivery to _____
                                          _____

                                          This citation was not executed for the following
                                          reason: _____
                                          _____

                                          CHRIS DANIEL, District Clerk
                                          Harris County, TEXAS

                                          By _____, Deputy

N.INT.CITM.P                                       *73377189*

CAUSE NO. 201732881

RECEIPT NO.                  75.00     CTM
          **********             TR # 73377188

| | |
|---|---|
| PLAINTIFF: LOMBARD, RON<br>vs.<br>DEFENDANT: WYCOFF, LARRY ALLEN | In The 334th<br>Judicial District Court<br>of Harris County, Texas.<br>334TH DISTRICT COURT<br>Houston, TX. |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: DANNY HERMAN TRUCKING INC (NONRESIDENT CORPORATION) MAY BE SERVED BY
SERVING ITS REGISTERED AGENT OF THE CORPORATION
CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING

    211 E 7TH STREET SUITE 620    AUSTIN TX 78701 - 3218

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

**FILED**
Chris Daniel
District Clerk
MAY 2 5 2017
Time: _____
Harris County, Texas
By _____
        Deputy

This instrument was filed on the 16th day of May, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 25th day of May, 2017, under my hand and
seal of said Court.

Issued at request of:
ROSE, BEN HARWOOD
10000 MEMORIAL DRIVE SUITE 750
HOUSTON, TX 77024
Tel: (713) 583-5524
Bar No.: 24079243

*Chris Daniel*

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: ANDERSON, SARAH A   Q36//10684763

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
     (2) TRCP, upon the Defendant as evidenced by the
     return receipt incorporated herein and attached
     hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____, Deputy

RECORDER'S MEMO
This instrument is of...
at the time of in...

DEFENDANT'S
EXHIBIT
C

N.INT.CITM.P                  *73377188*

CAUSE NO. 201732881

RECEIPT NO.                                75.00      CTM
            **********                    TR # 73377188

| | |
|---|---|
| PLAINTIFF: LOMBARD, RON<br>        vs.<br>DEFENDANT: WYCOFF, LARRY ALLEN | In The   334th<br>Judicial District Court<br>of Harris County, Texas<br>334TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: DANNY HERMAN TRUCKING INC (NONRESIDENT CORPORATION) MAY BE SERVED BY
    SERVING ITS REGISTERED AGENT OF THE CORPORATION
    CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING

    211 E 7TH STREET SUITE 620  AUSTIN TX 78701 - 3218

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 16th day of May, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 25th day of May, 2017, under my hand and
seal of said Court.



Issued at request of:                                   CHRIS DANIEL, District Clerk
ROSE, BEN HARWOOD                                       Harris County, Texas
10000 MEMORIAL DRIVE SUITE 750                          201 Caroline, Houston, Texas 77002
HOUSTON, TX 77024                                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 583-5524
Bar No.: 24079243                                       Generated By: ANDERSON, SARAH A  Q36//10684763

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          ADDRESS

_____          Service was executed in accordance with Rule 106
                                        (2) TRCP, upon the Defendant as evidenced by the
(a) ADDRESSEE                               return receipt incorporated herein and attached
                                           hereto at

                                      on _____ day of _____, _____
_____          by U.S. Postal delivery to _____

                                      This citation was not executed for the following
                                      reason: _____

                                      CHRIS DANIEL, District Clerk
                                      Harris County, TEXAS

                                      By _____, Deputy

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **RON LOMBARD** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:17-cv-1700** |
| | § | |
| **LARRY ALLEN WYCOFF AND** | § | |
| **DANNY HERMAN TRUCKING, INC.** | § | **JURY REQUESTED** |

### LIST OF PARTIES, COUNSEL OF RECORD AND STATUS

**PLAINTIFF:**                                              **DEFENDANTS:**
Ron Lombard                                               Danny Herman Trucking, Inc.
                                                                    Larry Allen Wycoff

### ATTORNEYS:

**ATTORNEY FOR PLAINTIFF:**           **ATTORNEY FOR DEFENDANT**
Ben Rose                                               Roger D. Oppenheim
SBN:  24079243                                   SBN:  15293400
FBN:                                                     FBN:  14205
**BELL ROSE**                                         **LORANCE & THOMPSON, PC**
10000 Memorial Drive, Ste. 750         2900 North Loop West, Ste. 500
Houston, TX 77024                             Houston, TX 77092
713/300-5158                                       713/868-5560
713/583-5524 (fax)                            713/864-4671 (fax)
ben@bellroselaw.com                        rdo@lorancethompson.com

### STATUS OF REMOVED CASE:

May 16, 2017          Plaintiff's Original Petition

June 6, 2017     Defendants' Notice of Removal

Defendant, Danny Herman Trucking, Inc. has been served with the Plaintiff's Original Petition.  Defendant Wycoff has not been served with process yet.  Defendants have not filed responses to written discovery.  No depositions have been taken.  The matter has not been mediated. The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
LARRY ALLEN WYCOFF AND
DANNY HERMAN TRANSPORTATION, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2017, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. Ben Rose
Rose Bell
10000 Memorial Drive, Ste. 750
Houston, TX 77024
ben@bellroselaw.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

594063.1 PLD 0001577 16786 RDO